AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| John Carbone, individually and on behalf of all others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-08861-NJC-JMW |
| Limited Run Games, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Limited Run Games, Inc.                                                                                              .

Date:    January 23, 2025

/s/ Stanton R. Gallegos
*Attorney's signature*

Stanton R. Gallegos, NYB #5121348
*Printed name and bar number*

Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
*Address*

StantonGalleglos@MarkowitzHerbold.com
*E-mail address*

(503) 295-3085
*Telephone number*

(503) 323-9105
*FAX number*