

**Stanton R. Gallegos | Lawyer**
StantonGallegos@MarkowitzHerbold.com

January 23, 2025

<u>**Via Electronic Filing**</u>

Honorable James M. Wicks
Magistrate Judge
USDC New York, Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **John Carbone v. Limited Run Games, Inc.
      USDC New York, Eastern District Case No. 24-cv-08861-NJC-JMW**

      LETTER MOTION:  Extension of Time to Respond to Complaint

Dear Judge Wicks:

I am counsel for defendant Limited Run Games, Inc. in the above-captioned case.  I write to respectfully request an extension of time from January 28, 2025 to February 27, 2025 to respond to plaintiff's Class Action Complaint.

This is defendant's first such request for an extension.  I have conferred with opposing counsel about this request, and Plaintiff does not object to the extension.  The requested extension is needed because counsel has only recently been retained and requires additional time to consult with our client with respect to a response and for the parties to consider whether an early attempt to resolve this action may be helpful.

I thank the Court in advance for its consideration.

                                            Respectfully submitted,

                                            Stanton R. Gallegos

cc:   Adrian Gucovschi (adrian@gr-firm.com)
      Benjamin Rozenshteyn (ben@gr-firm.com)
      Nathaniel Haim Sari (nsari@gr-firm.com)

2258665.1