

**Stanton R. Gallegos | Lawyer**
StantonGallegos@MarkowitzHerbold.com

February 21, 2025

<u>Via Electronic Filing</u>

Honorable James M. Wicks
Magistrate Judge
USDC New York, Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **John Carbone v. Limited Run Games, Inc.**
**USDC New York, Eastern District Case No. 24-cv-08861-NJC-JMW**

**LETTER MOTION: Extension of Time For All Case Deadlines**

Dear Judge Wicks:

I am counsel for defendant Limited Run Games, Inc. in the above-captioned case. I write on behalf of the parties in this matter to respectfully request an extension of 90 days on all deadlines and adjournment of the Initial Conference while the parties pursue mediation. The extension will allow the parties to focus on the mediation process and will avoid potentially unnecessary time and expense by the Court and the parties. Defendant previously requested a 30-day extension to respond to the Complaint, which the Court granted.

The parties have effectively used the Court's prior extension on the time to respond by assessing the potential for early resolution, reached an agreement to engage in early mediation, and identifying a mutually agreeable mediator. The parties are now in process of setting a mediation date in late April or early May per the mediator's availability. The extension below will allow the parties to focus on that process.

A list of the current deadlines and dates proposed is provided below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Proposed Rule 26(f) Scheduling Order | 2/25/25 | 5/27/25 |
| Response to Complaint | 2/27/25 | 5/28/25 |

Honorable James M. Wicks
February 21, 2025
Page 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Conference | 3/4/25 | As convenient for the Court following submission of the Proposed Rule 26(f) Scheduling Order |

As set out above, defendant has conferred with plaintiff's counsel on this request and the extensions requested above are on behalf of both parties.

We thank the Court in advance for its consideration.

Respectfully submitted,

Stanton R. Gallegos

cc:   Adrian Gucovschi (adrian@gr-firm.com)
      Benjamin Rozenshteyn (ben@gr-firm.com)
      Nathaniel Haim Sari (nsari@gr-firm.com)

2272147