**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:   03/04/2025
                                                                                                       TIME:   11:00 AM
                                                                                                       ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
### CASE:   2:24-cv-08861-NJC-JMW-Carbone v. Limited Run Games Inc.

APPEARANCES:

    For Plaintiff:            Adrian Gucovschi

    For Defendant:        Stanton Ray Gallegos

Court Reporter/FTR:          11:02-11:06 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒     Status Conference held.

☒     Counsel for Defendant represented that the parties are scheduled to appear at JAMS for mediation on April 23 or 25, 2025 pending the insurance adjuster's schedule. All dates and deadlines for the Joint Status Report and proposed Rule 26 Scheduling Order dates set forth in the undersigned's Electronic Order dated February 22, 2025 remain in place.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                      SO ORDERED
                                                      /s/ *James M. Wicks*
                                                      JAMES M. WICKS
                                                      United States Magistrate Judge