UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARBONE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>-AGAINST-<br><br>LIMITED RUN GAMES, INC.,<br><br>DEFENDANT. | Case No.: 2:24-cv-08861<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's February 22, 2025 Order, the parties submit this joint status report. The parties report that they engaged in mediation on April 21, 2025, and have reached a settlement in principle of this action. The parties are in the process of preparing documentation reflecting that settlement, and expect to submit a request for preliminary approval within the next forty-five (45) days. Plaintiffs anticipate filing an amended complaint within seven (7) days to incorporate arbitration claimants who participated in the mediation and have agreed to join this action. The parties jointly request that all case deadlines be held in abeyance pending the submission of the motion for preliminary approval.

DATED: April 30, 2025

MARKOWITZ HERBOLD PC

*/s Stanton R. Gallegos*
Stanton R. Gallegos
StantonGallegos@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Attorneys for Defendant*

DATED: April 30, 2025

GUCOVSCHI ROZENSHTEYN, PLLC

*/s Adrian Gucovschi*
Adrian Gucovschi
adrian@gr-firm.com
Benjamin Rozenshteyn
ben@gr-firm.com
Nathaniel Haim Sari
nsari@gr-firm.com
140 Broadway, FL 46
New York, NY  10005
*Attorneys for Plaintiff*

2306281.2