AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| John Carbone, Et Al, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-08861-NJC-JMW |
| Limited Run Games, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RYAN ADKINS.

Date: 07/17/2025

/s/Michael Pollack
*Attorney's signature*

Michael Pollack, 6173272
*Printed name and bar number*

Levi & Korsinsky, LLP
33 Whitehall St
27th Floor
New York, NY, 10004
*Address*

mpollack@zlk.com
*E-mail address*

(201) 294-1566
*Telephone number*

*FAX number*