IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARBONE and RYAN ADKINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>LIMITED RUN GAMES, INC.,<br><br>        Defendant. | Civil Action No. 2:24-cv-08861-NJC-JMW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiffs John Carbone and Ryan Adkins ("Plaintiffs"), through their undersigned attorneys, respectfully moves this Court, the Honorable Nusrat J. Choudhury, United States District Court for the Eastern District of New York 100 Federal Plaza Central Islip, NY 11722, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and Defendant as set forth in the Settlement Agreement, submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement. This motion is based on this Notice of Motion, Plaintiffs' supporting Memorandum of Law, the Declaration of Mark S. Reich and all exhibits attached thereto, and the Declaration of Adrian Gucovschi and all exhibits attached thereto, each filed contemporaneously herewith, and all pleadings, records, and papers on file in this action, and other such matters the Court may consider. Defendant does not oppose the relief requested by this motion. Accordingly, Plaintiffs request that the Court enter the [Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representatives, Appointing Class Counsel, and Approving

Notice Plan, attached as Exhibit E to the Reich Declaration, and submitted herewith for the Court's convenience.

Dated: July 24, 2025                                   Respectfully submitted,

By: */s/ Mark S. Reich*
Mark S. Reich (MR-4166)
Michael N. Pollack (6173272)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: mpollack@zlk.com

Adrian Gucovschi
**GUCOVSCHI ROZENSHTEYN, PLLC**
140 Broadway Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Email: adrian@gr-firm.com

*Counsel for Plaintiffs*