# EXHIBIT A

## John Carbone, et al. v. Limited Run Games, Inc.

In the United States District Court for the Eastern District of New York Case No. 2:24-cv-08861

## Settlement Claim Form

**If you are a Settlement Class Member and wish to receive a payment, your completed Claim Form must be postmarked on or before [_____], or submitted online on or before [_____].**

Please read the full notice of this settlement (available at **[www.limitedrungamessettlement.com]**) carefully before filling out this Claim Form.

To be eligible to receive any benefits from the settlement obtained in this class action lawsuit, you must submit this completed Claim Form online or by mail:

**ONLINE:**   File a Claim Form at **[www.limitedrungamessettlement.com]**.

**MAIL**:   **[ADDRESS]**

### PART ONE:   CLAIMANT INFORMATION

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

**FIRST NAME**         **LAST NAME**

**STREET ADDRESS**

**CITY**         **STATE**         **ZIP CODE**

**EMAIL ADDRESS ASSOCIATED WITH YOUR LIMITEDRUNGAMES.COM ACCOUNT**

### PART TWO:   PAYMENT SELECTION

You may be eligible to receive a cash payment if you watched a video or purchased a video game containing cutscenes from Limited Run Games from its website (https://www.limitedrungames.com/), the iOS and Limited Run Games mobile applications, and/or any other digital platform or application owned and operated by Defendant in the United States between January 1, 2016 and June 20, 2025 .

Please select **one** of the following payment options:

Check   ☐

Venmo   ☐   Venmo Username: _____

QUESTIONS? VISIT [www.limitedrungamessettlement.com] OR CALL [NUMBER] TOLL-FREE

☐ PayPal     ☐ PayPal Email: _____

---

**PART THREE: ATTESTATION UNDER PENALTY OF PERJURY**

---

I declare under penalty of perjury under the laws of the United States of America I watched a video or purchased a game containing a cutscene from the Limited Run Games website (https://www.limitedrungames.com/), or a Limited Run Games mobile applications from LimitedRunGames.com in the United States between January 1, 2016 and June 20, 2025 dates, and all of the information of this Claim Form is true and correct to the best or my knowledge. I understand that my Claim Form may be subject to audit, verification, and Court review.

|                                   |                |
|:---------------------------------:|:--------------:|
| SIGNATURE                         | DATE           |

**Please keep a copy of your Claim Form for your records.**

QUESTIONS? VISIT [www.limitedrungamessettlement.com] OR CALL [NUMBER] TOLL-FREE