# EXHIBIT B

Case 2:24-cv-08861-NJC-JMW   Document 15-4   Filed 07/24/25   Page 1 of 3 PageID #: 294

From:    Administrator@limitedrungamessettlement.com
To:        ClassMember@domain.com
Re:        Legal Notice of Class Action Settlement

<strong>NOTICE OF PROPOSED CLASS ACTION SETTLEMENT</strong><br>
<em>John Carbone, et al. v. Limited Run Games, Inc.</em>, Case No. 2:24-cv-08861<br>
<strong>(United States District Court, Eastern District of New York)</strong>

**Our Records Indicate You Have a Limited Run Games Account and May Be Entitled to a Payment From a Class Action Settlement.**

*A court authorized this notice.  You are <u>not</u> being sued.  This is <u>not</u> a solicitation from a lawyer.*

This notice is to inform you that a settlement has been reached in a class action lawsuit claiming that Defendant, Limited Run Games Inc., disclosed its subscribers' personally identifiable information ("PII") to Meta Platforms, Inc. (the "Third Party") and others, without consent and in violation of the Video Privacy Protection Act (the "VPPA"), 18 U.S.C. § 2710. The VPPA defines PII to include information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider. Defendant denies that it engaged in any wrongful conduct or violated any law, and the Court has not decided who is right.  The parties have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Class Member?** Our records indicate you may be a Class Member. Class Members include all persons who during the Class Period in the United States, watched a video on Limited Run Games Service or purchased a game containing cut scenes from Limited Run Games Service. The Class Period is January 1, 2016 through June 20, 2025. Limited Run Games Service is defined as the website LimitedRunGames.com, the iOS or Android mobile applications, or any other digital platform or application owned and operated by Defendant where video content is available to be viewed by subscribers and video games containing "cut scenes" are available for purchase.

**What Can I Get?** If approved by the Court, Defendant will make available $2,720,000.00 under the Settlement to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and incentive awards (the "Settlement Fund"). If you are entitled to relief, you may submit a claim to receive a cash payment of a *pro rata* (meaning equal) payment from the Settlement Fund.

**How Do I Get a Payment?** You must submit a timely and complete Claim Form **no later than [claims deadline]**. You can file a claim by clicking [here.] Your payment will come by check unless you elect to receive payment electronically by PayPal or Venmo.

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the settlement administrator no later than [objection/exclusion deadline]. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendant over the legal issues in the lawsuit. You and/or your lawyer also have the right to appear before the Court and/or object to the proposed settlement. Your written objection must be filed no later than [objection/exclusion deadline]. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.limitedrungamessettlement.com. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure to any third party of information identifying you as having requested or obtained specific video materials or services from Defendant will be released.

**Who Represents Me?** The Court has appointed the law firms of Gucovschi & Rozenshteyn PLLC and Levi & Korsinsky, LLP, to represent the Class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at [___].m. on [date] in Courtroom 1040 at the Alfonse M. D'Amato United States Courthouse, 100 Federal Plaza Central Islip, NY 11722. At that hearing, the Court will: hear any objections concerning the fairness of the settlement; determine the fairness of the settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award the Class Representatives $2,500 each from the Settlement Fund for their service in helping to bring and settle this case. Defendant has agreed to pay Class Counsel reasonable attorneys' fees in an amount to be determined by the Court. Class Counsel are entitled to seek no more than one-third of the Settlement Fund, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement go to www.limitedrungamessettlement.com, contact the settlement administrator at 1-[___]-[___]-[___] or Limited Run Games Settlement Administrator, [address], or contact Class Counsel at example@example.com.