IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARBONE and RYAN ADKINS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>LIMITED RUN GAMES, INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-08861-NJC-JMW<br><br>**DECLARATION OF ADRIAN GUCOVSCHI IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**DECLARATION OF ADRIAN GUCOVSCHI IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Adrian Gucovschi, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Gucovschi Rozenshteyn PLLC, and counsel of record for Plaintiffs in this Action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this Declaration in support of the proposed Settlement reached between the Parties after extensive arm's-length negotiation, a true and accurate copy of which is being filed concurrently herewith. It is my opinion that the proposed Settlement in this litigation is fair, adequate, and reasonable, so as to satisfy the requirements for preliminary and, ultimately, final approval pursuant to Fed. R. Civ. P. 23.

3. Attached hereto as **Exhibit A** is my firm's resume.

4. On December 27, 2024, Plaintiff John Carbone filed a putative class action in the United States District Court for the Eastern District of New York against Limited Run

Games Inc. ("LRG"). The Complaint alleged violations of the Video Privacy Protection Act 18 U.S.C. § 2710, *et seq.* ("VPPA"). (ECF No. 1).

5. On January 27, 2025, the Court ordered a scheduling order setting an Initial Conference for March 4, 2025 before Magistrate Judge James M. Wicks. (ECF No. 7).

6. On April 30, 2025, a Joint Status Report was filed by Limited Run Games, Inc. (ECF No. 10).

7. On May 1, 2025, the Court reviewed the Joint Status Report and set deadlines for an amended complaint on May 8, 2025, a preliminary settlement approval by June 20, 2025, and an in-person conference on July 9, 2025. (ECF No. 10).

8. On May 7, 2025, Plaintiffs John Carbone and Ryan Adkins filed an amended putative class action in the United States District Court for the Eastern District of New York. The Complaint alleged violations of the Video Privacy Protection Act 18 U.S.C. § 2710, *et seq.* ("VPPA"). (ECF No. 11).

9. On April 21, 2025, the Parties engaged in a mediation with Justice Robert Dondero (Ret.) serving as mediator.

10. On April 21, 2025, the Parties negotiated at arm's-length and came to an agreement to settle the matter, as described below.

11. For a fulsome description of the Settlement, please see the declaration of Mark S. Reich filed herewith.

12. My firm, Gucovschi Rozenshteyn, PLLC, has significant experience in litigating class actions of similar size, scope, and complexity to this instant Action. **Exhibit A**.

13. The Parties agreed to the terms of the Settlement through experienced counsel who possessed all the information necessary to evaluate the case, determine all the contours

of the proposed class, and reach a fair and reasonable compromise after negotiating the terms of the Settlement at arm's length.

14. Plaintiffs and proposed Class Counsel are also mindful that absent a settlement, the success of Defendant's various defenses in this case could deprive the Plaintiffs and the Settlement Class members of any potential relief whatsoever. Defendant is represented by highly experienced attorneys who have made clear that absent a settlement, they were prepared to continue their vigorous defense of this case, including by moving for summary judgment. Defendant would also oppose class certification vigorously, and Defendant would also prepare a competent defense at trial. And looking beyond trial, Plaintiffs are also keenly aware that Defendant could appeal the merits of any adverse decision.

15. Plaintiffs and proposed Class Counsel believe that the relief provided by the Settlement weighs heavily in favor of a finding that the settlement is fair, reasonable, and adequate, and well within the range of approval.

16. Because the Settlement represents a fair and reasonable recovery on behalf of Plaintiff and the proposed Settlement Class, Class Counsel believe that the Court should preliminarily approve the Settlement and direct Notice to be issued to the Settlement Class.

Executed this 20th day of June 2025 at New York, New York.

*/s/ Adrian Gucovschi*
Adrian Gucovschi