# EXHIBIT A



140 BROADWAY, FL 46
NEW YORK, NY 10111
www.gr-firm.com

Tel: +1 (212) 884-4230
Email: adrian@gr-firm.com

## FIRM RESUME

Headquartered in New York, NY, Gucovschi Rozenshteyn PLLC ("GR Firm") represents consumers in state and federal courts nationwide. Our firm spearheads and prosecutes novel cases aimed at redressing injuries suffered by large and diverse groups of people. In the past four years alone, GR Firm has filed approximately 80 consumer protection class actions and prevailed on the majority of contested motions—creating important precedent along the way. *See Stevens v. Walgreen Co.*, 623 F. Supp. 3d 298 (S.D.N.Y. 2022); *Rodriguez v. Walmart Inc.*, No. 22-CV-2991 (JPO), 2023 U.S. Dist. LEXIS 53253 (S.D.N.Y. Mar. 28, 2023); *Ary v. Target Corp.*, No. 22-cv-02625-HSG, 2023 U.S. Dist. LEXIS 49633 (N.D. Cal. Mar. 23, 2023); *Mencia-Montes v. Fit Foods Distribution, Inc.*, No. 24-cv-01768-EKL, 2025 U.S. Dist. LEXIS 78649 (N.D. Cal. Mar. 31, 2025).

Notably, GR Firm has been appointed class counsel on behalf of nationwide and multistate classes on numerous occasions. *See e.g.*, *Winston v. Peacock TV LLC*, 23-cv-8191(S.D.N.Y), ECF No. 47 (Granting Final Approval and appointing GR Firm as Class Counsel for a California Automatic Renewal Law class in a case arising from a leading streaming platform); *O'Malley, et al. v. FloSports, Inc.*, No. 2023LA000516 (Cir. Ct. DuPage Cty., Ill. 2023) (same); *Bell v. Pharmacy, Inc.*, No. 21-cv-6850 (E.D.N.Y. July 18, 2023), ECF No. 61 at 6 ("Proposed class counsel, Bursor & Fisher, P.A. and Gucovschi Rozenshteyn, PLLC are qualified, experienced, and have been actively involved throughout the pendency of this litigation"); *Dutcher v. Newrez LLC,*

No. 21-2062, 2022 U.S. Dist. LEXIS 194706, at *15-16 (E.D. Pa. Oct. 20, 2022) (Granting final approval and noting that "Class Counsel recovered the statutory maximum amount recoverable under the Fair Debt Collection Practices Act.").

**Biography of Adrian Gucovschi**

Adrian Gucovschi is the founding partner of GR Firm. He is a member in good standing of the New York State Bar, California State Bar, and the United States District Courts for the Southern and Eastern Districts of New York. He received a Bachelor of Arts from Yeshiva University and a Juris Doctor, *cum laude*, from Fordham University School of Law. Before founding GR Firm, Mr. Gucovschi worked at various firms where he prosecuted, and subsequently defended, billion-dollar lawsuits brought by multiple institutional investors and banks arising from the 2008 mortgage-backed securities economic disaster.