IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARBONE and RYAN ADKINS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>LIMITED RUN GAMES, INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-08861-NJC-JMW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

### NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Adrian Gucovschi of Gucovschi Rozenstheyn, PLLC, now works under a new firm name with an updated email address notated below:

**Gucovschi Law Firm, PLLC**
**adrian@gucovschilaw.com**

The telephone number, address, and all other contact information remain unchanged. Gucovschi Law Firm, PLLC, with co-counsel, will continue to represent Plaintiffs in this action.

Dated September 29, 2025

Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC**

By: /s/ Adrian Gucovschi
 Adrian Gucovschi, Esq.

Adrian Gucovschi
140 Broadway, Fl. 46
New York, NY 10005
Tel: (212) 884-4230
adrian@gucovschilaw.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Adrian Gucovschi*
Adrian Gucovschi
