**Levi & Korsinsky**

33 Whitehall St., 27th Floor<br>
New York, NY 10004<br>
T: 212-363-7500<br>
F: 212-363-7171<br>
www.zlk.com

Michael N. Pollack | Mpollack@zlk.com

November 10, 2025

<u>**VIA ECF**</u>

Judge Nusrat J. Choudhury
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Supplemental Submission Pursuant to the Court's November 5, 2025 Hearing**

Dear Judge Choudhury:

Pursuant to the Court's guidance at the November 5, 2025 hearing, the parties conferred and jointly submit (i) proposed replacement text for SA ¶1.26 provision; and (ii) an updated Exhibit C.

All other non-substantive changes recommended by the Court will be implemented in the notice program in conjunction with Kroll Settlement Administration.

**I.     Proposed Replacement Language for SA ¶1.26**

"**Released Claims**" means any and all actual, potential, filed, known or unknown, fixed or contingent, claimed or unclaimed, suspected or unsuspected, claims, demands, liabilities, rights, causes of action, contracts or agreements, extra contractual claims, damages, punitive, exemplary or multiplied damages, expenses, costs, attorneys' fees and or obligations (including "Unknown Claims," as defined below), whether in law or in equity, accrued or un- accrued, direct, individual or representative, of every nature and description whatsoever, whether based on the VPPA or other state, federal, local, statutory or common law or any other law, rule or regulation, including but not limited to the California Consumer Privacy Act, against the Released Parties, or any of them, arising out of any facts, transactions, events, matters, occurrences, acts, disclosures, statements, representations, omissions or failures to act regarding any alleged disclosure, use, interception or transfer of information of or related to the Settlement Class Members through the internet, including all claims relating to the Limited Run Game Service~~, including all claims~~ that were brought or could have been brought in the Action relating to the disclosure of such information belonging to any and all Releasing Parties. Nothing herein is intended to release any claims any governmental agency or governmental actor has against Defendant.

**II.    Notice Package and Exhibits:**

For Exhibit C, the parties have implemented the Court's requested revisions and are attach a copy of the updated mailed notice. The notice now uses 12-point font throughout; is a

tri-fold letter; includes the same "Know Your Legal Rights" box used in Exhibit D; and clearly states that incentive awards are limited to the two class representatives. A clean copy of the revised Exhibit C is attached.

      The Parties will conform Exhibits B and D to the standards the Court outlined during the November 5, 2025 hearing. The Parties will submit clean, updated Exhibits B and D upon the Court's request.

      Respectfully submitted,

      /s/*Michael N. Pollack*
      Michael N. Pollack