LimitedRunGames Settlement
Settlement Administrator
P.O. Box XXXX
New York, NY 10150-XXXX

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**Notice of Class Action Settlement Inside**

<Refnum Barcode>
Class Member ID: <<Refnum>>
<<Firstname>>  <<Lastname>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>