

**Stanton R. Gallegos | Lawyer**
StantonGallegos@MarkowitzHerbold.com

November 26, 2025

<u>**Via Electronic Filing**</u>

Honorable Nusrat J. Choudhury
District Court Judge
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

**Re:    John Carbone v. Limited Run Games, Inc.**
**       USDC New York, Eastern District Case No. 24-cv-08861-NJC-JMW**

**       LETTER MOTION:  Motion for Brief Adjournment of Fairness Hearing**

Dear Judge Choudhury:

I am counsel for defendant Limited Run Games, Inc. in the above-captioned case.  I write to respectfully request that the fairness hearing currently schedule for March 3, 2026 at 1:00 pm (ECF 21) be adjourned to a date on or after March 11, 2026.  The reason for the requested adjournment is that I am currently scheduled for trial in Portland, Oregon on March 3, 2026.  There have been no prior requests for adjournment of this hearing, and notice to potential class members can be modified to reflect a revised date and time prior to being sent.  Plaintiffs consent to this request.

All parties are available to attend the hearing on the following dates:  March 11-12, 16-19, 23-26, or 30-31.

We thank the Court in advance for its consideration.

Respectfully submitted,

Stanton R. Gallegos

cc:    All Counsel of Record (Via CM/ECF and Email)

2386169.2