UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CARBONE and RYAN ADKINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LIMITED RUN GAMES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:24-cv-08861-NJC-JMW<br><br>Hon. Nusrat J. Choudhury |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS**

　　Pursuant to the Court's Preliminary Approval Order (ECF No. 21) Plaintiffs John Carbone and Ryan Adkins ("Plaintiffs" or "Class Representatives") hereby move this Court for an entry of an Order awarding attorneys' fees in the amount of $906,666.00, reimbursement of litigation expenses in the amount of $7,564.41, and an incentive award to Plaintiffs in the amount of $2,500.00 each.

　　This motion is based on the accompanying Memorandum of Law in support thereof, the Declarations of Mark S. Reich and Adrian Gucovschi, in support thereof; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: December 12, 2025

**LEVI& KORSINSKY LLP**

By:/s/ *Mark S. Reich*
Mark S. Reich (MR-4166)
Michael N. Pollack (6173272)
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: mpollack@zlk.com

Adrian Gucovschi
**GUCOVSCHI LAW FIRM PLLC**

1

>140 Broadway Suite 4667
>New York, NY 10005
>Telephone: (212) 884-4230
>Email: adrian@gucovschilaw.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Mark S. Reich*
>Mark S. Reich