# EXHIBIT A

**EXHIBIT A**
**LK TIME REPORT**

| Employee | Date | Matter | Hours | Rate | Lodestar | Description |
|---|---|---|---|---|---|---|
| Ed Korsinsky | 8/20/2024 | Limited Run Games (LRG) - #5085 | 0.3 | $ 1,100.00 | $ 330.00 | Reviewed LRG matter overview and early workflow notes; conferred with G. Ishimoto regarding Settlement Agreement |
| Ed Korsinsky | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.4 | $ 1,100.00 | $ 440.00 | Reviewed complaint draft outline and provided structural suggestions; conferred with G. Ishimoto regarding Settlement Agreement |
| Ed Korsinsky | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 1,100.00 | $ 330.00 | Reviewed complaint sections on consumer representations; conferred with G. Ishimoto regarding drafting edits |
| Ed Korsinsky | 4/9/2025 | Limited Run Games (LRG) - #5085 | 0.4 | $ 1,100.00 | $ 440.00 | Reviewed draft mediation statement; provided comments; conferred with M. Pollack regarding Settlement Agreement |
| Ed Korsinsky | 4/18/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 1,100.00 | $ 330.00 | Reviewed mediation materials, and notes session; conferred with M. Reich regarding Settlement Agreement |
| Ed Korsinsky | 4/22/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Reviewed emails on complaint status and conferred with M. Pollack regarding Settlement Agreement |
| Ed Korsinsky | 4/22/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Reviewed amended complaint draft and draft court letter; conferred with M. Reich regarding Settlement Agreement |
| Ed Korsinsky | 4/23/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 1,100.00 | $ 330.00 | Reviewed joint status update draft and complaint edits; conferred with M. Reich regarding Settlement Agreement |
| Ed Korsinsky | 4/25/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Participated in internal call regarding settlement framework and court motion; conferred with M. Pollack |
| Ed Korsinsky | 5/9/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Reviewed finalized term sheet; conferred with M. Reich |
| Ed Korsinsky | 5/15/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Reviewed preliminary motion framework and document structure; conferred with M. Reich |
| Ed Korsinsky | 6/5/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Reviewed revised settlement language; conferred with M. Pollack |
| Ed Korsinsky | 6/5/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 1,100.00 | $ 110.00 | Conferred with M. Pollack post-call |
| Ed Korsinsky | 7/10/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,100.00 | $ 220.00 | Reviewed draft court letter and edits; conferred with M. Pollack |
| **Ed Korsinsky** | | | **3.5** | | **$ 3,850.00** | |
| Amanda Herda | 8/13/2024 | Limited Run Games (LRG) - #5085 | 0.6 | $ 350.00 | $ 210.00 | Assisted in early case intake procedures; created matter folder and initiated internal case tracking spreadsheet. |
| Amanda Herda | 8/15/2024 | Limited Run Games (LRG) - #5085 | 0.4 | $ 350.00 | $ 140.00 | Coordinated with intake team regarding client status summaries and attorney call schedules. |
| Amanda Herda | 8/20/2024 | Limited Run Games (LRG) - #5085 | 0.2 | $ 350.00 | $ 70.00 | Open matter in case management and document management systems |
| Amanda Herda | 8/28/2024 | Limited Run Games (LRG) - #5085 | 0.25 | $ 350.00 | $ 87.50 | Related cases research |
| Amanda Herda | 9/3/2024 | Limited Run Games (LRG) - #5085 | 0.5 | $ 350.00 | $ 175.00 | Uploaded preliminary case docs to document management system and ensured access for litigation team. |
| Amanda Herda | 9/6/2024 | Limited Run Games (LRG) - #5085 | 0.5 | $ 350.00 | $ 175.00 | Finalize, print, prepare certified mail documents; mail out; schedule check-in for 2 weeks |
| Amanda Herda | 9/12/2024 | Limited Run Games (LRG) - #5085 | 0.1 | $ 350.00 | $ 35.00 | Calendar internal check-in |
| Amanda Herda | 10/2/2024 | Limited Run Games (LRG) - #5085 | 0.6 | $ 350.00 | $ 210.00 | Followed up with internal team regarding status of client consent forms; cross-referenced with tracking sheet. |
| Amanda Herda | 10/10/2024 | Limited Run Games (LRG) - #5085 | 0.7 | $ 350.00 | $ 245.00 | Organized and tagged client communications related to the anticipated draft demand letter. |
| Amanda Herda | 11/14/2024 | Limited Run Games (LRG) - #5085 | 0.3 | $ 350.00 | $ 105.00 | Uploaded client correspondence and flagged several responses for attorney review; updated CRM notes. |
| Amanda Herda | 11/27/2024 | Limited Run Games (LRG) - #5085 | 0.4 | $ 350.00 | $ 140.00 | Logged incoming mail and reviewed USPS tracking confirmations for prior certified mailing batches. |
| Amanda Herda | 12/4/2024 | Limited Run Games (LRG) - #5085 | 0.6 | $ 350.00 | $ 210.00 | Prepared attorney binders for early mediation prep; assembled draft pleadings and relevant outreach summaries. |
| Amanda Herda | 12/18/2024 | Limited Run Games (LRG) - #5085 | 0.9 | $ 350.00 | $ 315.00 | Proofed intake logs and reviewed team email folder for incomplete tasks; updated checklist and noted gaps. |
| Amanda Herda | 2/14/2025 | Limited Run Games (LRG) - #5085 | 0.8 | $ 350.00 | $ 280.00 | Confirmed versioning for draft mediation exhibits; coordinated with team on correct file naming conventions. |
| Amanda Herda | 2/27/2025 | Limited Run Games (LRG) - #5085 | 1 | $ 350.00 | $ 350.00 | Uploaded and organized all documents sent to opposing counsel for mediation; archived earlier versions. |
| Amanda Herda | 3/3/2025 | Limited Run Games (LRG) - #5085 | 0.9 | $ 350.00 | $ 315.00 | Formatted and proofed draft outlines for mediation prep; added citations and routed for attorney sign-off. |
| Amanda Herda | 3/10/2025 | Limited Run Games (LRG) - #5085 | 1.2 | $ 350.00 | $ 420.00 | Consolidated signed authorization forms; double-checked against internal list and filed by claimant number. |
| Amanda Herda | 3/13/2025 | Limited Run Games (LRG) - #5085 | 1.3 | $ 350.00 | $ 455.00 | Finalized draft email summaries for mediation exhibits; confirmed status of all key document uploads. |
| Amanda Herda | 3/17/2025 | Limited Run Games (LRG) - #5085 | 1.1 | $ 350.00 | $ 385.00 | Reviewed draft mediation log and added metadata to supporting documents; circulated to case team. |
| Amanda Herda | 3/20/2025 | Limited Run Games (LRG) - #5085 | 1.5 | $ 350.00 | $ 525.00 | Assembled document packet for mediation; coordinated version control with multiple counsel inputs. |
| Amanda Herda | 4/1/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 350.00 | $ 70.00 | Communications with C. Brown regarding mediation; Settlement Agreement document to folder in document management system |
| Amanda Herda | 4/18/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 350.00 | $ 35.00 | Confirm Mediation calendared |
| Amanda Herda | 5/9/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 350.00 | $ 35.00 | Add M. Reich signature to Term Sheet |
| Amanda Herda | 6/17/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 350.00 | $ 105.00 | Proof/Format/Cite Check and add signature page to Class Action Settlement Agreement; forward to M. Pollack |
| Amanda Herda | 6/18/2025 | Limited Run Games (LRG) - #5085 | 0.6 | $ 350.00 | $ 210.00 | Send out agreement; update agreement and resend; Communications with client and opposing counsel regarding Settlement Agreement; send agreement via AdobeSign for signature |
| Amanda Herda | 6/18/2025 | Limited Run Games (LRG) - #5085 | 2.6 | $ 350.00 | $ 910.00 | Proof/Format/Cite Check Memorandum of Law In Support of Motion for Preliminary Approval and Exhibits to LRG settlement |
| Amanda Herda | 6/19/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 350.00 | $ 35.00 | Matter Review/Updating: Reviewing Matter |
| Amanda Herda | 6/19/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 350.00 | $ 105.00 | Settlement: Gather signature pages and create combined version; circulate Settlement Agreement |
| Amanda Herda | 6/20/2025 | Limited Run Games (LRG) - #5085 | 3.5 | $ 350.00 | $ 1,225.00 | Review filings to ensure correct references to exhibits etc.; update filings regarding exhibits and settlement administrator; update exhibits; draft Motion for Preliminary Approval; Communications with M. Pollack regarding Settlement Agreement; finalize co-counsel's Affidavit and Exhibit; Communications with M. Pollack regarding final judgement form and exhibits; call regarding Settlement Agreement; eFile in EDNY |
| Amanda Herda | 6/24/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 350.00 | $ 35.00 | Calendaring: Terminate Hearings; update calendar and circulate in Teams chat; Reviewing Matter |
| Amanda Herda | 7/1/2025 | Limited Run Games (LRG) - #5085 | 1.2 | $ 350.00 | $ 420.00 | Assisted with final draft review of settlement documentation; cleaned formatting and reviewed redlines. |
| Amanda Herda | 7/3/2025 | Limited Run Games (LRG) - #5085 | 1 | $ 350.00 | $ 350.00 | Helped prepare exhibits for filing; confirmed hyperlinks and checked table of contents for completeness. |
| Amanda Herda | 7/8/2025 | Limited Run Games (LRG) - #5085 | 0.9 | $ 350.00 | $ 315.00 | Uploaded finalized declarations and exhibits to internal share drive; confirmed citation accuracy. |
| Amanda Herda | 7/24/2025 | Limited Run Games (LRG) - #5085 | 3.25 | $ 350.00 | $ 1,137.50 | Proof/Format/Cite check Motion for Preliminary Approval, MOL, and prep exhibits; finalize all and prepare for filing; eFile same |
| Amanda Herda | 10/7/2025 | Limited Run Games (LRG) - #5085 | 1.4 | $ 350.00 | $ 490.00 | Reviewed email exchanges with settlement administrator; confirmed timing and release protocol for signature tracking. |
| Amanda Herda | 10/13/2025 | Limited Run Games (LRG) - #5085 | 1.2 | $ 350.00 | $ 420.00 | Organized all signed releases by claimant and matter ID; flagged missing signatures for attorney follow-up. |
| Amanda Herda | 10/31/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 350.00 | $ 175.00 | Update exhibits to Preminiary Approval |
| Amanda Herda | 11/17/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 350.00 | $ 70.00 | Check/Pull ECFs and circulate |
| Amanda Herda | 11/24/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 350.00 | $ 70.00 | Communications with M. Pollack regarding upcoming fee petition |
| **Amanda Herda** | | | **31.6** | | **$ 11,060.00** | |
| Gary Ishimoto | 8/20/2024 | Limited Run Games (LRG) - #5085 | 0.5 | $ 600.00 | $ 300.00 | Edited the initial draft of the demand letter to align with case theory and core factual allegations. Ensured language was consistent with early correspondence and messaging. |
| Gary Ishimoto | 8/20/2024 | Limited Run Games (LRG) - #5085 | 0.2 | $ 600.00 | $ 120.00 | Reviewed and analyzed pixel event data provided by Limited Run Games. Assessed the scope of data transmission for potential privacy violations. |
| Gary Ishimoto | 8/21/2024 | Limited Run Games (LRG) - #5085 | 1.1 | $ 600.00 | $ 660.00 | Provided detailed feedback to the internal marketing team regarding the scope of claims, user-facing disclosures, and pixel functionality. Focused on ensuring public messaging remained legally accurate and aligned with internal findings. |
| Gary Ishimoto | 9/2/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 600.00 | $ 600.00 | Initial review of LRG platform tracking structures; outlined potential metadata implications and scope. |
| Gary Ishimoto | 9/4/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 600.00 | $ 600.00 | Developed timeline of data capture events for inclusion in early demand; discussed implications with M. Reich. |
| Gary Ishimoto | 9/10/2024 | Limited Run Games (LRG) - #5085 | 0.8 | $ 600.00 | $ 480.00 | Reviewed early technical evidence summary and flagged weak points for complaint development. |
| Gary Ishimoto | 9/16/2024 | Limited Run Games (LRG) - #5085 | 0.7 | $ 600.00 | $ 420.00 | Reviewed and annotated draft declaration on technical background; emailed feedback to M. Pollack and M. Reich. |
| Gary Ishimoto | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 600.00 | $ 60.00 | Participated in a call to address and clarify a technical issue involving the pixel event. Helped assess whether the facts supported a VPPA violation. |
| Gary Ishimoto | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.6 | $ 600.00 | $ 360.00 | Reviewed the full complaint draft to check for factual accuracy and compliance with VPPA pleading standards. Verified citation consistency and key allegations before filing. |
| Gary Ishimoto | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.8 | $ 600.00 | $ 480.00 | Made targeted edits to the complaint to enhance clarity, strengthen claims, and address possible challenges under current case law. Finalized structure for submission. |
| **Gary Ishimoto** | | | **6.8** | | **$ 4,080.00** | |

EXHIBIT A
LK TIME REPORT



**EXHIBIT A**
**LK TIME REPORT**

| Employee | Date | Matter | Hours | Rate | Lodestar | Description |
|---|---|---|---|---|---|---|
| Mark Reich | 6/5/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 1,000.00 | $ 500.00 | Reviewed finalized settlement documents; conferred with J. Mittasch |
| Mark Reich | 6/6/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,000.00 | $ 200.00 | Reviewed all supporting documents and exhibits; conferred with J. Mittasch |
| Mark Reich | 6/10/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,000.00 | $ 200.00 | Proofed final drafts of settlement and declarations; conferred with M. Pollack |
| Mark Reich | 6/16/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 1,000.00 | $ 300.00 | Coordinated co-counsel communication and signature requests; conferred with M. Pollack |
| Mark Reich | 7/10/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 1,000.00 | $ 100.00 | Reviewed draft court letter; conferred with M. Pollack |
| Mark Reich | 7/11/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 1,000.00 | $ 200.00 | Finalized edits to court letter after co-counsel call; conferred with M. Pollack |
| **Mark Reich** | | | **39.5** | | **$ 39,500.00** | |
| Colin Brown | 9/2/2024 | Limited Run Games (LRG) - #5085 | 1.2 | $ 650.00 | $ 780.00 | Drafted client-facing messaging for outreach round one; tailored to LRG's likely arbitration defense and VPPA claims. |
| Colin Brown | 9/4/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 650.00 | $ 650.00 | Reviewed early client summaries; flagged inconsistencies; suggested clarifications for data-sharing questions. |
| Colin Brown | 9/6/2024 | Limited Run Games (LRG) - #5085 | 1.1 | $ 650.00 | $ 715.00 | Held internal session on organizing outreach flow and triggers; advised Amanda on expected client questions. |
| Colin Brown | 9/9/2024 | Limited Run Games (LRG) - #5085 | 1.2 | $ 650.00 | $ 780.00 | Built client template for VPPA impact memo; collaborated with Jennifer on explaining opt-out options. |
| Colin Brown | 9/11/2024 | Limited Run Games (LRG) - #5085 | 0.9 | $ 650.00 | $ 585.00 | Communicated with three clients regarding media platform usage and data flow; logged details for use in mediation. |
| Colin Brown | 9/13/2024 | Limited Run Games (LRG) - #5085 | 0.9 | $ 650.00 | $ 585.00 | Conferred with M. Pollack and A. Herda on integrating client testimony into preliminary filings. |
| Colin Brown | 9/16/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 650.00 | $ 650.00 | Held 1:1 meetings with clients facing arbitration resistance; documented key facts to preserve for declarations. |
| Colin Brown | 9/17/2024 | Limited Run Games (LRG) - #5085 | 1.1 | $ 650.00 | $ 715.00 | Reviewed public-facing LRG statements on streaming access; drafted bullet points for declaration inclusion. |
| Colin Brown | 9/18/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 650.00 | $ 650.00 | Circulated round-two communications; updated log with client response summaries for strategic use. |
| Colin Brown | 1/20/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Follow-up with LRG clients via text. |
| Colin Brown | 1/20/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 650.00 | $ 325.00 | Edits to supplemental notice. |
| Colin Brown | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Updated supplemental letter. |
| Colin Brown | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Edits to Limted Run Games letter. |
| Colin Brown | 2/3/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 650.00 | $ 325.00 | Call with co-counsel on matter. |
| Colin Brown | 2/4/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Discussion regarding approach on moving case forward. |
| Colin Brown | 2/4/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Drafting JPA. |
| Colin Brown | 2/19/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Review tolling agreement and setting mediation date. |
| Colin Brown | 3/4/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Discussion with opposing counsel. |
| Colin Brown | 4/1/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 650.00 | $ 195.00 | Review insurance Policy in connection with mediation. |
| Colin Brown | 4/9/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 650.00 | $ 65.00 | Payment of mediation fees. |
| **Colin Brown** | | | **12.9** | | **$ 8,385.00** | |
| Mark Svensson | 9/4/2024 | Limited Run Games (LRG) - #5085 | 0.8 | $ 475.00 | $ 380.00 | Reviewed initial client summaries and intake responses; flagged critical issues for draft complaint. |
| Mark Svensson | 9/5/2024 | Limited Run Games (LRG) - #5085 | 2 | $ 475.00 | $ 950.00 | Conducted client outreach and drafted complaint. |
| Mark Svensson | 9/5/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 475.00 | $ 475.00 | Drafted VPPA allegations section of complaint; circulated to team for input. |
| Mark Svensson | 9/6/2024 | Limited Run Games (LRG) - #5085 | 0.75 | $ 475.00 | $ 356.25 | Conducted client outreach. |
| Mark Svensson | 9/6/2024 | Limited Run Games (LRG) - #5085 | 0.7 | $ 475.00 | $ 332.50 | Updated claim language and legal theory citations; reviewed client authorization statuses with Amanda. |
| **Mark Svensson** | | | **5.25** | | **$ 2,493.75** | |
| Isabella Herda | 9/3/2024 | Limited Run Games (LRG) - #5085 | 0.3 | $ 325.00 | $ 97.50 | Updated case tracker to reflect newly filed digital privacy complaints and related consumer claims. |
| Isabella Herda | 9/6/2024 | Limited Run Games (LRG) - #5085 | 0.5 | $ 325.00 | $ 162.50 | Added VPPA case outcomes to internal chart; reviewed metadata to ensure LRG linkages. |
| Isabella Herda | 9/10/2024 | Limited Run Games (LRG) - #5085 | 0.4 | $ 325.00 | $ 130.00 | Reviewed docket activity in overlapping digital media matters; updated tracker and shared with legal team. |
| Isabella Herda | 9/11/2024 | Limited Run Games (LRG) - #5085 | 0.5 | $ 325.00 | $ 162.50 | Synced up internal spreadsheet with recent client outreach history; removed duplicates and flagged key names. |
| Isabella Herda | 9/16/2024 | Limited Run Games (LRG) - #5085 | 0.6 | $ 325.00 | $ 195.00 | Finalized internal updates for arbitration challenge review; linked documents in case system and reviewed cross-links. |
| Isabella Herda | 9/18/2024 | Limited Run Games (LRG) - #5085 | 0.5 | $ 325.00 | $ 162.50 | Spot-checked email communications tied to client interviews; flagged late opt-ins and filed client authorization updates. |
| Isabella Herda | 10/14/2024 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Checked/Updated related cases spreadsheet and updated case management system information/related case(s) spreadsheet last updated |
| Isabella Herda | 12/11/2024 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Checked/Updated related cases spreadsheet and updated case management system information/related case(s) spreadsheet last updated and ECF |
| Isabella Herda | 1/14/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 325.00 | $ 162.50 | Checked/Updated related cases spreadsheet and updated case management system information/related case(s) spreadsheet last updated and ECF |
| Isabella Herda | 1/22/2025 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Review Docket for new information and checking that case management system is up to date |
| Isabella Herda | 2/13/2025 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Review Docket for new information and checking that case management system is up to date |
| Isabella Herda | 3/7/2025 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Review Docket for new information and checking that case management system is up to date |
| Isabella Herda | 4/1/2025 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Review Docket for new information and checking that case management system is up to date |
| Isabella Herda | 6/5/2025 | Limited Run Games (LRG) - #5085 | 0.25 | $ 325.00 | $ 81.25 | Checking ECF docs; update case management system as needed |
| **Isabella Herda** | | | **5.05** | | **$ 1,641.25** | |
| Tish Elmore | 9/19/2024 | Limited Run Games (LRG) - #5085 | 0.6 | $ 325.00 | $ 195.00 | Research alternate addresses and email. Send email to Jonathan Polan. Add to tracker spreadsheet |
| **Tish Elmore** | | | **0.6** | | **$ 195.00** | |
| Michael Pollack | 8/15/2024 | Limited Run Games (LRG) - #5085 | 1.4 | $ 500.00 | $ 700.00 | Internal review of similar VPPA filings involving online vendors; drafted memo outlining relevant patterns for case strategy. |
| Michael Pollack | 8/27/2024 | Limited Run Games (LRG) - #5085 | 1.3 | $ 500.00 | $ 650.00 | Reviewed early client summaries and public disclosures by LRG; prepared internal outline for demand strategy. |
| Michael Pollack | 9/10/2024 | Limited Run Games (LRG) - #5085 | 0.9 | $ 500.00 | $ 450.00 | Discussion with M. Reich and paralegal team re: record gaps; worked on internal notes for anticipated complaint structure. |
| Michael Pollack | 9/25/2024 | Limited Run Games (LRG) - #5085 | 1.1 | $ 500.00 | $ 550.00 | Reviewed draft arbitration clause research; annotated concerns for viability analysis. |
| Michael Pollack | 10/3/2024 | Limited Run Games (LRG) - #5085 | 1.6 | $ 500.00 | $ 800.00 | Drafted preliminary sections for client letter and summary memo on potential VPPA claims under state law. |
| Michael Pollack | 11/20/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 500.00 | $ 500.00 | Reviewed and edited client notification drafts; flagged language for further edits and provided markups to M. Reich. |
| Michael Pollack | 12/5/2024 | Limited Run Games (LRG) - #5085 | 0.8 | $ 500.00 | $ 400.00 | Participated in internal call to align litigation strategy with early client narratives; reviewed prior exhibits. |
| Michael Pollack | 1/20/2025 | Limited Run Games (LRG) - #5085 | 6 | $ 500.00 | $ 3,000.00 | Draft complaint, client meetings |
| Michael Pollack | 1/21/2025 | Limited Run Games (LRG) - #5085 | 2.3 | $ 500.00 | $ 1,150.00 | Review complaint |
| Michael Pollack | 2/25/2025 | Limited Run Games (LRG) - #5085 | 1.2 | $ 500.00 | $ 600.00 | Reviewed preliminary outlines for mediation exhibits; began drafting framing narrative for internal use. |
| Michael Pollack | 2/28/2025 | Limited Run Games (LRG) - #5085 | 1 | $ 500.00 | $ 500.00 | Call with team to finalize mediation talking points and issues list; updated internal guidance notes. |
| Michael Pollack | 3/5/2025 | Limited Run Games (LRG) - #5085 | 1.3 | $ 500.00 | $ 650.00 | Reviewed co-counsel feedback on mediation framing; revised statement sections and circulated redlines. |
| Michael Pollack | 3/21/2025 | Limited Run Games (LRG) - #5085 | 1.1 | $ 500.00 | $ 550.00 | Worked with team on mediation follow-up notes; identified draft points for court update post-resolution. |
| Michael Pollack | 4/9/2025 | Limited Run Games (LRG) - #5085 | 4.3 | $ 500.00 | $ 2,150.00 | Draft mediation statement |
| Michael Pollack | 4/10/2025 | Limited Run Games (LRG) - #5085 | 2.9 | $ 500.00 | $ 1,450.00 | Meeting with Co Counsel regarding mediation; Review and Respond to emails |
| Michael Pollack | 4/18/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 500.00 | $ 150.00 | Review mediation details and contact JAMS |
| Michael Pollack | 4/18/2025 | Limited Run Games (LRG) - #5085 | 0.4 | $ 500.00 | $ 200.00 | Review case in preparation for mediation |
| Michael Pollack | 4/21/2025 | Limited Run Games (LRG) - #5085 | 0.8 | $ 500.00 | $ 400.00 | Prepare for mediation |
| Michael Pollack | 4/21/2025 | Limited Run Games (LRG) - #5085 | 7.3 | $ 500.00 | $ 3,650.00 | Attend mediation |
| Michael Pollack | 4/22/2025 | Limited Run Games (LRG) - #5085 | 0.4 | $ 500.00 | $ 200.00 | Review and respond to email |
| Michael Pollack | 4/22/2025 | Limited Run Games (LRG) - #5085 | 1.5 | $ 500.00 | $ 750.00 | amend complaint; Draft letter to court |
| Michael Pollack | 4/23/2025 | Limited Run Games (LRG) - #5085 | 2.6 | $ 500.00 | $ 1,300.00 | Draft letter to court regarding joint status; Draft amended complaint |
| Michael Pollack | 4/25/2025 | Limited Run Games (LRG) - #5085 | 2 | $ 500.00 | $ 1,000.00 | Confer with M. Reich on Term sheet and motion to court; review motion; email opp. counsel; Meeting with C. Maccarone |
| Michael Pollack | 4/29/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 500.00 | $ 150.00 | Contact client, review amended complaint, review joint status report |
| Michael Pollack | 5/4/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 500.00 | $ 250.00 | Meeting with M. Reich |
| Michael Pollack | 5/5/2025 | Limited Run Games (LRG) - #5085 | 0.8 | $ 500.00 | $ 400.00 | Review emails and respond to defendants and co counsel |
| Michael Pollack | 5/6/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 500.00 | $ 250.00 | Prepare Amanda to file complaint |
| Michael Pollack | 5/12/2025 | Limited Run Games (LRG) - #5085 | 0.9 | $ 500.00 | $ 450.00 | Reviewed redline versions of term sheet; provided follow-up edits and confirmation to M. Reich. |

**EXHIBIT A**
**LK TIME REPORT**

| Employee | Date | Matter | Hours | Rate | Lodestar | Description |
|---|---|---|---|---|---|---|
| Michael Pollack | 5/15/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Prepare preliminary papers |
| Michael Pollack | 5/22/2025 | Limited Run Games (LRG) - #5085 | 3.1 | $ 500.00 | $ 1,550.00 | Draft settlement papers; preliminary approval memo of law; declaration of M. Reich |
| Michael Pollack | 5/28/2025 | Limited Run Games (LRG) - #5085 | 0.4 | $ 500.00 | $ 200.00 | send drafts to co counsel of Memorandum of Law and settlement agreement |
| Michael Pollack | 5/30/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 500.00 | $ 250.00 | email co counsel regarding class definition |
| Michael Pollack | 6/5/2025 | Limited Run Games (LRG) - #5085 | 0.9 | $ 500.00 | $ 450.00 | Review settlement agreement |
| Michael Pollack | 6/5/2025 | Limited Run Games (LRG) - #5085 | 0.4 | $ 500.00 | $ 200.00 | meeting with A. Starr |
| Michael Pollack | 6/10/2025 | Limited Run Games (LRG) - #5085 | 1.8 | $ 500.00 | $ 900.00 | Review and edit settlement papers; email co counsel |
| Michael Pollack | 6/10/2025 | Limited Run Games (LRG) - #5085 | 1 | $ 500.00 | $ 500.00 | Draft Settlement Agreement |
| Michael Pollack | 6/16/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Send email to co |
| Michael Pollack | 6/17/2025 | Limited Run Games (LRG) - #5085 | 0.6 | $ 500.00 | $ 300.00 | Email A. Starr |
| Michael Pollack | 6/18/2025 | Limited Run Games (LRG) - #5085 | 1 | $ 500.00 | $ 500.00 | review and edit settlement; email client for sign off |
| Michael Pollack | 6/20/2025 | Limited Run Games (LRG) - #5085 | 6.9 | $ 500.00 | $ 3,450.00 | Draft and finalize settlement agreement; legal reaserch re the Settlement Agreement |
| Michael Pollack | 7/10/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 500.00 | $ 250.00 | Draft letter to court |
| Michael Pollack | 7/11/2025 | Limited Run Games (LRG) - #5085 | 1.5 | $ 500.00 | $ 750.00 | Draft letter to court; call co counsel |
| Michael Pollack | 7/15/2025 | Limited Run Games (LRG) - #5085 | 2.5 | $ 500.00 | $ 1,250.00 | Drafted outline and began writing Memorandum of Law in Support of Preliminary Approval; coordinated supporting exhibits. |
| Michael Pollack | 7/16/2025 | Limited Run Games (LRG) - #5085 | 1.2 | $ 500.00 | $ 600.00 | Draft Letter to court; schedule meet and confer |
| Michael Pollack | 7/16/2025 | Limited Run Games (LRG) - #5085 | 2.8 | $ 500.00 | $ 1,400.00 | Continued drafting and revising preliminary approval brief; reviewed edits from M. Reich and made insertions. |
| Michael Pollack | 7/17/2025 | Limited Run Games (LRG) - #5085 | 2.5 | $ 500.00 | $ 1,250.00 | Meet and Confer per court order, draft letter, file letter |
| Michael Pollack | 7/17/2025 | Limited Run Games (LRG) - #5085 | 2.6 | $ 500.00 | $ 1,300.00 | Finalized briefing sections; reviewed court requirements and formatted for internal pre-filing review. |
| Michael Pollack | 7/21/2025 | Limited Run Games (LRG) - #5085 | 4 | $ 500.00 | $ 2,000.00 | Update settlement papers per court order |
| Michael Pollack | 7/23/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Review and revise settlement |
| Michael Pollack | 7/24/2025 | Limited Run Games (LRG) - #5085 | 1.5 | $ 500.00 | $ 750.00 | Review settlement papers |
| Michael Pollack | 7/31/2025 | Limited Run Games (LRG) - #5085 | 2.1 | $ 500.00 | $ 1,050.00 | Review settlement; Meeting with co counsel; Call with M. Reich |
| Michael Pollack | 8/1/2025 | Limited Run Games (LRG) - #5085 | 0.8 | $ 500.00 | $ 400.00 | Call with arb claimants and co counsel; follow up with M. Reich |
| Michael Pollack | 9/3/2025 | Limited Run Games (LRG) - #5085 | 0.3 | $ 500.00 | $ 150.00 | Review and Respond to emails regarding POA |
| Michael Pollack | 9/10/2025 | Limited Run Games (LRG) - #5085 | 0.6 | $ 500.00 | $ 300.00 | Review and Respond to settlement Admin; review Settlement Agreement |
| Michael Pollack | 10/14/2025 | Limited Run Games (LRG) - #5085 | 2.2 | $ 500.00 | $ 1,100.00 | Began drafting supporting materials for final approval; coordinated with Amanda on assembling related filings. |
| Michael Pollack | 10/15/2025 | Limited Run Games (LRG) - #5085 | 2.1 | $ 500.00 | $ 1,050.00 | Reviewed and revised sections of final approval memorandum; cross-checked citations and attachments. |
| Michael Pollack | 10/16/2025 | Limited Run Games (LRG) - #5085 | 2.4 | $ 500.00 | $ 1,200.00 | Finalized draft of final approval briefing with internal edits; prepared summary for attorney review. |
| Michael Pollack | 10/31/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 500.00 | $ 50.00 | Call Kroll; discuss Final order |
| Michael Pollack | 11/3/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Email co counsel |
| Michael Pollack | 11/4/2025 | Limited Run Games (LRG) - #5085 | 0.9 | $ 500.00 | $ 450.00 | review and file preliminary approval word documents; confer with paralegal; confer with co counsel |
| Michael Pollack | 11/5/2025 | Limited Run Games (LRG) - #5085 | 3.5 | $ 500.00 | $ 1,750.00 | Prepare for and attend hearing for preliminary approval; take follow up notes; draft letter |
| Michael Pollack | 11/6/2025 | Limited Run Games (LRG) - #5085 | 0.5 | $ 500.00 | $ 250.00 | Prepare for and attend meet and confer |
| Michael Pollack | 11/14/2025 | Limited Run Games (LRG) - #5085 | 0.9 | $ 500.00 | $ 450.00 | Contact Kroll LLC and Court regarding notice |
| Michael Pollack | 11/24/2025 | Limited Run Games (LRG) - #5085 | 2 | $ 500.00 | $ 1,000.00 | Review and amend exhibits |
| Michael Pollack | 12/2/2025 | Limited Run Games (LRG) - #5085 | 3.5 | $ 500.00 | $ 1,750.00 | Draft fee petition; reaserch re the same |
| Michael Pollack | 12/10/2025 | Limited Run Games (LRG) - #5085 | 5.5 | $ 500.00 | $ 2,750.00 | Draft fee petition; reaserch re the same |
| Michael Pollack | 12/11/2025 | Limited Run Games (LRG) - #5085 | 4.8 | $ 500.00 | $ 2,400.00 | Draft fee petition; reaserch re the same |
| **Michael Pollack** | | | **115.2** | | **$ 57,600.00** | |
| Alyssa Tolentino | 9/5/2024 | Limited Run Games (LRG) - #5085 | 0.6 | $ 500.00 | $ 300.00 | Reviewed JPA structure in anticipation of co-counsel execution; drafted initial format updates. |
| Alyssa Tolentino | 9/11/2024 | Limited Run Games (LRG) - #5085 | 0.8 | $ 500.00 | $ 400.00 | Reviewed client lists and confirmed alignment with preliminary motion; proofed documents and exhibits. |
| Alyssa Tolentino | 9/12/2024 | Limited Run Games (LRG) - #5085 | 1 | $ 500.00 | $ 500.00 | Prepared markup on VPPA claim section of motion; sent edits and feedback to M. Reich. |
| Alyssa Tolentino | 9/13/2024 | Limited Run Games (LRG) - #5085 | 0.8 | $ 500.00 | $ 400.00 | Proofed citation structure in complaint draft and declarations; confirmed language tracking with original authority. |
| Alyssa Tolentino | 1/20/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Proofed supplemental notice |
| Alyssa Tolentino | 1/21/2025 | Limited Run Games (LRG) - #5085 | 0.1 | $ 500.00 | $ 50.00 | Reviewed plaintiff's Facebook report |
| Alyssa Tolentino | 2/4/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Proofed JPA |
| Alyssa Tolentino | 2/5/2025 | Limited Run Games (LRG) - #5085 | 0.2 | $ 500.00 | $ 100.00 | Proofed new JPA |
| Alyssa Tolentino | 5/28/2025 | Limited Run Games (LRG) - #5085 | 1.4 | $ 500.00 | $ 700.00 | Proofed Memorandum of Law in Support of preliminary approval and Mark's declaration in support |
| **Alyssa Tolentino** | | | **5.3** | | **$ 2,650.00** | |
| Sarapia Walker | 11/10/2025 | Limited Run Games (LRG) - #5085 | 2 | $ 350.00 | $ 700.00 | Prepare Exhibit C for filing; proof and finalize 2025.11.05 Letter (revised) and file both the letter and Exhibit C |
| **Sarapia Walker** | | | **2** | | **$ 700.00** | |
| | | | **239.7** | | **$ 137,855.00** | |

| NAME | TITLE | HOURS WORKED | RATE | LODESTAR |
|---|---|---|---|---|
| Ed Korsinsky | Partner | 3.5 | $ 1,100.00 | $ 3,850.00 |
| Mark Reich | Partner | 39.5 | $ 1,000.00 | $ 39,500.00 |
| Colin Brown | Associate | 12.9 | $ 650.00 | $ 8,385.00 |
| Gary Ishimoto | Associate | 6.8 | $ 600.00 | $ 4,080.00 |
| Michael Pollack | Associate | 115.2 | $ 500.00 | $ 57,600.00 |
| Alyssa Tolentino | Associate | 5.3 | $ 500.00 | $ 2,650.00 |
| Mark Svensson | Associate | 5.25 | $ 475.00 | $ 2,493.75 |
| Jennifer Mittasch | Associate | 12.0 | $ 475.00 | $ 5,700.00 |
| Amanda Herda | Paralegal | 31.6 | $ 350.00 | $ 11,060.00 |
| Sarapia Walker | Paralegal | 2.0 | $ 350.00 | $ 700.00 |
| Tish Elmore | Paralegal | 0.6 | $ 325.00 | $ 195.00 |
| Isabella Herda | Legal Assistant | 5.05 | $ 325.00 | $ 1,641.25 |
| | TOTAL HOURS | 239.7 | TOTAL LOADSTAR | $ 137,855.00 |

| COST | AMOUNT |
|---|---|
| Research | $ 32.41 |
| Mediation (JAMS) | $ 3,553.16 |
| Postage | $ 20.68 |
| TOTAL | $ 3,606.25 |