# EXHIBIT B

# Activities Export

12/09/2025
1:55 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/09/2025 | | Westlaw research<br>Non-billable | 5085_Limited Run Games "LRG" VPPA (Video Games)<br>Limited Run Games "LRG" VPPA (Video Games) | Amanda Herda | 1.00 | $3.16 | $3.16 | - |
| 12/09/2025 | | CourtLink charges<br>Non-billable | 5085_Limited Run Games "LRG" VPPA (Video Games)<br>Limited Run Games "LRG" VPPA (Video Games) | Amanda Herda | 1.00 | $29.25 | $29.25 | - |
| 03/17/2025 | | JAMS Mediation deposit $3450+fee<br>Non-billable | 5085_Limited Run Games "LRG" VPPA (Video Games)<br>Limited Run Games "LRG" VPPA (Video Games) | Amanda Herda | 1.00 | $3,553.16 | $3,553.16 | - |
| 01/21/2025 | | stamps.com - USPS Certified Mail, Return Receipt<br>Non-billable | 5085_Limited Run Games "LRG" VPPA (Video Games)<br>Limited Run Games "LRG" VPPA (Video Games) | Isabella Herda | 1.00 | $10.20 | $10.20 | - |
| 09/06/2024 | | USPS Cert Mail - 9/6 Demand Letter<br>Non-billable | 5085_Limited Run Games "LRG" VPPA (Video Games)<br>Limited Run Games "LRG" VPPA (Video Games) | Amanda Herda | 1.00 | $10.48 | $10.48 | - |
| | | | | | | | $3,606.25<br>5.00h | $0.00<br>0.00h |