# EXHIBIT 1



140 BROADWAY, FL 46  
NEW YORK, NY 10005  
WWW.GUCOVSCHILAW.COM

ADRIAN GUCOVSCHI, ESQ.  
TEL: (212) 884-4230  
EMAIL: ADRIAN@GUCOVSCHILAW.COM

## **FIRM RESUME**

Headquartered in New York, NY, Gucovschi Law Firm PLLC ("GL Firm") represents consumers in state and federal courts nationwide. Our firm spearheads and prosecutes novel cases aimed at redressing injuries suffered by large and diverse groups of people. In the past four years alone, GL Firm has filed approximately 80 consumer protection class actions and prevailed on the majority of contested motions—creating important precedent along the way. *See Mencia-Montes v. Fit Foods Distribution, Inc.*, No. 24-cv-01768-EKL, 2025 U.S. Dist. LEXIS 78649 (N.D. Cal. Mar. 31, 2025); *Ary v. Target Corp.*, No. 22-cv- 02625-HSG, 2023 U.S. Dist. LEXIS 49633 (N.D. Cal. Mar. 23, 2023); *Stevens v. Walgreen Co.*, 623 F. Supp. 3d 298 (S.D.N.Y. 2022); *Rodriguez v. Walmart Inc.*, No. 22-CV-2991 (JPO), 2023 U.S. Dist. LEXIS 53253 (S.D.N.Y. Mar. 28, 2023); *Ary v. Target Corp.*, No. 22-cv- 02625-HSG, 2023 U.S. Dist. LEXIS 49633 (N.D. Cal. Mar. 23, 2023); *Mencia-Montes v. Fit Foods Distribution, Inc.*, No. 24-cv-01768-EKL, 2025 U.S. Dist. LEXIS 78649 (N.D. Cal. Mar. 31, 2025). *Dutcher v. NewRez LLC*, No. 21-2062, 2021 U.S. Dist. LEXIS 261099 (E.D. Pa. Nov. 3, 2021).

Notably, GL Firm has been appointed class counsel on behalf of nationwide and multistate classes on numerous occasions. *See e.g.*, *Winston v. Peacock TV LLC*, 23-cv-8191(S.D.N.Y), ECF No. 47 (Granting Final Approval and appointing GL Firm as Class Counsel for a California Automatic Renewal Law class in a case arising from a leading streaming platform); *O'Malley, et al. v. FloSports, Inc.*, No. 2023LA000516 (Cir. Ct. DuPage Cty., Ill. 2023) (Granting Final

Approval and appointing GL Firm as Class Counsel for a multi-state Automatic Renewal class in a case arising from a leading wrestling streaming platform); *Burdette, et al. v. FuboTV, Inc., et al.*, Case No. 2024LA001460 (Cir. Ct. DuPage Cty., Ill. May 29, 2025) (Granting Preliminary Approval and appointing GL Firm as Class Counsel for a nationwide Video Privacy Protection class in a case arising from a leading streaming platform); *Bell v. Pharmacy, Inc.*, No. 21-cv-6850 (E.D.N.Y. July 18, 2023), ECF No. 61 at 6 ("Proposed class counsel, Bursor & Fisher, P.A. and Gucovschi Rozenshteyn, PLLC are qualified, experienced, and have been actively involved throughout the pendency of this litigation"); *Dutcher v. Newrez LLC,* No. 21-2062, 2022 U.S. Dist. LEXIS 194706, at *15-16 (E.D. Pa. Oct. 20, 2022) (Granting final approval and noting that "Class Counsel recovered the statutory maximum amount recoverable under the Fair Debt Collection Practices Act.").

## Biography of Adrian Gucovschi

Adrian Gucovschi is the founding partner of GL Firm. He is a member in good standing of the New York State Bar, California State Bar, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Courts for the Northern and Central Districts of California. He received a Bachelor of Arts from Yeshiva University and a Juris Doctor, *cum laude*, from Fordham University School of Law. Before founding GL Firm, Mr. Gucovschi worked at various firms where he prosecuted, and subsequently defended, billion-dollar lawsuits brought by multiple institutional investors and banks arising from the 2008 mortgage-backed securities economic disaster.

**Biography of Nathaniel Haim Sari**

Nathanie Haim Sari is an attorney at GL Firm. He is a member in good standing of the New York State Bar, California State Bar, Florida State Bar, District of Columbia State Bar, the United States District Courts for the Northern, Central Districts of California, Middle District of Florida, Southern District of Florida, and he is pending admission to the United States District Courts for the Southern and Eastern Districts of New York. Mr. Sari received a Bachelor of Arts from Florida International University and a Juris Doctor from the University of Florida Levin College of Law.

Before joining GL Firm, Mr. Sari was a partner at an established law firm with experience prosecuting and defending complex civil cases involving fraud, business, real estate, insurance coverage, defamation and personal injury. Mr. Sari has civil trial experience. Mr. Sari has also prevailed in multiple cases as lead counsel, where the amount sought exceeded $10,000,000.00. He also has extensive experience advising multinational businesses regarding litigation strategy and contractual issues.  In 2020, Mr. Sari was recognized as a rising star by Super Lawyers, an honor afforded to no more than 2.5% of eligible attorneys in Florida.