# EXHIBIT 2

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 11/13/2024 | 2.4 | Conduct preliminary review of Limitedrungames website to investigate whether they are transmitting data in violation of the VPPA, and what types of data may be transferred. | $750.00 | $1,800.00 | Nathaniel Sari |
| 11/15/2024 | 2.5 | Evaluate litigation strategy for case and prospects of arbitration, as well as steps needed to obtain class certification. | $750.00 | $1,875.00 | Nathaniel Sari |
| 11/18/2024 | 1.2 | Discuss with team legal strategy for case and potential defenses that may be raised by defendant. | $750.00 | $900.00 | Nathaniel Sari |
| 12/25/2024 | 7.4 | Draft and edit initial draft of complaint against limited run games. | $750.00 | $5,550.00 | Nathaniel Sari |
| 12/26/2024 | 3.1 | Finalize and revise draft complaint against limited run games in preparation for filing. | $750.00 | $2,325.00 | Nathaniel Sari |
| 12/26/2024 | 1.8 | Review and revise draft complaint against limited run games. | $750.00 | $1,350.00 | Adrian Gucovschi |
| 12/27/2024 | 0.1 | Review the court's notice of option to consent to magistrate judge jurisdiction in order to evaluate whether to consent to same. | $750.00 | $75.00 | Nathaniel Sari |
| 12/30/2024 | 0.4 | Research Judge Nusrat Jahan's background and rules, in light of her being assigned to case. | $750.00 | $300.00 | Nathaniel Sari |
| 12/30/2024 | 0.4 | Research Judge James Wicks background and rules, in light of him being assigned to case. | $750.00 | $300.00 | Nathaniel Sari |
| 12/30/2024 | 0.3 | Evaluate whether pros and cons to consenting to magistrate judge jurisdiction and discuss same with team. | $750.00 | $225.00 | Nathaniel Sari |
| 1/23/2025 | 0.1 | Review email from defense counsel regarding letter motion for extension of time. | $750.00 | $75.00 | Nathaniel Sari |
| 1/23/2025 | 0.1 | Review letter motion filed by defendent for extension of time to respond to complaint. | $750.00 | $75.00 | Nathaniel Sari |
| 1/28/2025 | 0.3 | Review the court's initial conference order (20 pages) | $750.00 | $225.00 | Nathaniel Sari |
| 2/3/2025 | 0.3 | Review multiple correspondence between Mark Reich and Adrian regarding coordination of strategy and potential joint prosecution of case. | $750.00 | $225.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 2/4/2025 | 0.3 | Review proposed joint prosecution agreement with LK in light of LK having previously retained clients opposing limited run games. | $750.00 | $225.00 | Nathaniel Sari |
| 2/4/2025 | 0.3 | Discuss with team strategy regarding coordinating litigation with co-counsel from Levi and Korsinsky | $750.00 | $225.00 | Nathaniel Sari |
| 2/5/2025 | 0.1 | Review correspondence from Mark Reich to Adrian regarding joint prosecution of the case in light of Levi Korsinsky's representation of other plaintiffs. | $750.00 | $75.00 | Nathaniel Sari |
| 2/6/2025 | 0.15 | Review of court docket for deadlines | $200.00 | $30.00 | Aracelys Noda |
| 2/6/2025 | 0.15 | Review of docket and download of filings | $200.00 | $30.00 | Aracelys Noda |
| 2/6/2025 | 0.1 | Entry of all deadlines | $200.00 | $20.00 | Aracelys Noda |
| 2/7/2025 | 0.1 | Review correspondence from Mark Reich to Adrian regarding general strategy in dealing with Defendant, in light of upcoming mediation and joint prosecution. | $750.00 | $75.00 | Nathaniel Sari |
| 2/20/2025 | 0.2 | Discuss with team proposed joint letter to be filed regarding extension of deadlines. | $750.00 | $150.00 | Nathaniel Sari |
| 2/21/2025 | 0.2 | Review letter motion for extension of time as to all deadlines, filed by plaintiff's counsel | $750.00 | $150.00 | Nathaniel Sari |
| 2/21/2025 | 0.4 | Review background of mediator Randy Wulff, in light of Plaintiff's suggestion to use him as a mediator, to evaluate whether we would be ok with proceeding with him. | $750.00 | $300.00 | Nathaniel Sari |
| 2/21/2025 | 0.1 | Review correspondence from Defendant's counsel Adam Starr regarding the potential use of mediator Randy Wulff | $750.00 | $75.00 | Nathaniel Sari |
| 2/25/2025 | 0.1 | Review correspondence from Defendant's counsel Adam Starr regarding obtaining confirmation for mediation dates from the insurance company | $750.00 | $75.00 | Nathaniel Sari |
| 3/3/2025 | 0.1 | Review correspondence from Defendant's counsel Colin Brown to Adam Starr regarding the insurance company's position on dates for mediation. | $750.00 | $75.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 3/3/2025 | 0.1 | Review correspondence from Defendant's counsel Adam Starr to to Colin Brown regarding the insurance company's position on dates for mediation. | $750.00 | $75.00 | Nathaniel Sari |
| 3/3/2025 | 0.1 | Review correspondence from Defendant's counsel Colin Brown to Adam Starr regarding availability for call. | $750.00 | $75.00 | Nathaniel Sari |
| 3/4/2025 | 0.1 | Review the court's civil case order for status conference | $750.00 | $75.00 | Nathaniel Sari |
| 3/6/2025 | 0.1 | Review correspondence with Defendant's counsel, Adam Starr, regarding adjuster attendance at mediation. | $750.00 | $75.00 | Nathaniel Sari |
| 3/11/2025 | 0.4 | Review mediation fee schedule and engagement terms and evaluate same. | $750.00 | $300.00 | Nathaniel Sari |
| 3/31/2025 | 0.1 | Review correspondence from Defendat's counsel, Adam Starr, regarding insurance policy. | $750.00 | $75.00 | Nathaniel Sari |
| 4/3/2025 | 2.3 | Research other VPPA settlements to see what settlements have been like in similar cases, with potentially a similar class size, in order to help us evaluate settlement strategy. | $750.00 | $1,725.00 | Nathaniel Sari |
| 4/10/2025 | 0.33 | Confer with co-counsel re: mediation brief and negotiation strategy | $750.00 | $247.50 | Adrian Gucovschi |
| 4/10/2025 | 0.5 | Conference with co-counsel from Levi and Korsinsky regarding strategy in light of upcoming mediation, as well as what to include in mediation report | $750.00 | $375.00 | Nathaniel Sari |
| 4/10/2025 | 2.2 | Review and revise mediation report. | $750.00 | $1,650.00 | Nathaniel Sari |
| 4/10/2025 | 2.3 | Review and analyze insurance policy from Defendant to determine strategy for mediation and evaluate potential settlement posture of Defendant. | $750.00 | $1,725.00 | Nathaniel Sari |
| 4/10/2025 | 0.6 | Conference with Adrian regarding case strategy and provide analysis regarding coverage situation. | $750.00 | $450.00 | Nathaniel Sari |
| 4/10/2025 | 0.5 | Prepare for call with co-counsel by reviewing pleadings, mediation report draft, etc. | $750.00 | $375.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 4/10/2025 | 1.5 | Conduct investigative research into limitedrungames to evaluate potential viewership of website and prospective class size for the purpose of determining potential settlement demand for mediation. | $750.00 | $1,125.00 | Nathaniel Sari |
| 4/10/2025 | 0.4 | Draft analysis to co counsel LK regarding our analysis of coverage and potential class size. | $750.00 | $300.00 | Nathaniel Sari |
| 4/10/2025 | 0.7 | Review and analyze insurance policy provided by defendant to determine impact on insurance coverage. | $750.00 | $525.00 | Adrian Gucovschi |
| 4/17/2025 | 1.8 | Research latest jurisprudence on VPPA cases to determine whether there are any cases that may help or hurt our case, and position going into mediation. | $750.00 | $1,350.00 | Nathaniel Sari |
| 4/20/2025 | 1.1 | Review and analyze docket filings and complaint in preparation for upcoming mediation. | $750.00 | $825.00 | Adrian Gucovschi |
| 4/20/2025 | 1.6 | Review latest VPPA case law to determine whether there are any recent rulings that help or hurt us going into mediation. | $750.00 | $1,200.00 | Adrian Gucovschi |
| 4/21/2025 | 7.57 | Attend mediation | $750.00 | $5,677.50 | Adrian Gucovschi |
| 4/21/2025 | 0.6 | Review and analyze draft term sheets between the parties as to mediation, to determine whether any changes should be made or defects exist. | $750.00 | $450.00 | Nathaniel Sari |
| 4/21/2025 | 0.2 | Review correspondences between Adam Starr and Michael Pollack regarding draft term sheet in light of settlement. | $750.00 | $150.00 | Nathaniel Sari |
| 4/21/2025 | 7.51 | Attend mediation. | $750.00 | $5,632.50 | Nathaniel Sari |
| 4/21/2025 | 0.61 | Discuss strategy with Adrian for upcoming mediaiton | $750.00 | $457.50 | Nathaniel Sari |
| 4/22/2025 | 0.12 | Confer with Plaintiff re: mediation and settlement agreement laid out in the term sheet | $750.00 | $90.00 | Adrian Gucovschi |
| 4/22/2025 | 0.44 | Recap mediation and discuss next steps with Nathaniel S. | $750.00 | $330.00 | Adrian Gucovschi |
| 4/22/2025 | 1.21 | Conduct legal research re: proposed settlement structure and requirements to approve a class action settlement under EDNY precedent. Share same with co-counsel. | $750.00 | $907.50 | Adrian Gucovschi |

| Date | Hours | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 4/22/2025 | 0.3 | Discuss with team draft term sheet and strategy in light of same. | $750.00 | $225.00 | Nathaniel Sari |
| 4/23/2025 | 0.1 | Review correspondence from Adam Starr regarding defendant's edits to draft term sheet. | $750.00 | $75.00 | Nathaniel Sari |
| 4/23/2025 | 0.4 | Review defendant's latest edits to draft term sheet proposed by Levi and Korsinsky, and evaluate same. | $750.00 | $300.00 | Nathaniel Sari |
| 4/29/2025 | 0.3 | Review multiple correspondences between Adrian Gucovschi and D counsel, Stanton Gallegos regarding submission of joint status report. | $750.00 | $225.00 | Nathaniel Sari |
| 4/30/2025 | 0.1 | Review draft of joint status of report to be submitted by the parties. | $750.00 | $75.00 | Nathaniel Sari |
| 4/30/2025 | 0.2 | Review proposed changes to joint status report proposed by co-counsel to evaluate next steps in light of same. | $750.00 | $150.00 | Nathaniel Sari |
| 5/4/2025 | 0.1 | Review correspondence from cocounsel M Pollack regarding next steps to finalize term sheet. | $750.00 | $75.00 | Nathaniel Sari |
| 5/5/2025 | 0.2 | Revise the term sheet, including redlines; convert to PDF and send to counsel for their signatures. | $750.00 | $150.00 | Adrian Gucovschi |
| 5/5/2025 | 0.3 | Review multiple correspondences between S Gallegos and M Pollack regarding agreement on the term sheet, and next steps in light of same. | $750.00 | $225.00 | Nathaniel Sari |
| 5/6/2025 | 0.4 | Review proposed second amended complaint provided by M Pollack on behalf of additional plaintiffs and evaluate next steps in light of same. | $750.00 | $300.00 | Nathaniel Sari |
| 5/9/2025 | 0.1 | Review correspondence with M Pollack regarding the term sheet and final steps to finalize same. | $750.00 | $75.00 | Nathaniel Sari |
| 5/12/2025 | 0.1 | Review countersigned term sheet provided by plaintiff. | $750.00 | $75.00 | Nathaniel Sari |
| 5/16/2025 | 0.29 | Email potential class action administrators for bids | $750.00 | $217.50 | Adrian Gucovschi |
| 5/16/2025 | 1.4 | Review initial draft of settlement agreement provided by Def counsel and evaluate same. | $750.00 | $1,050.00 | Adrian Gucovschi |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 5/16/2025 | 1.5 | Review draft settlement agreement and evaluate same to determine what if any changes need to be made, and next steps in light of same. | $750.00 | $1,125.00 | Nathaniel Sari |
| 5/22/2025 | 0.1 | Draft correspondence to D counsel Stanton Gallegos regarding projected class size and other information needed to provide notice to prospective class. | $750.00 | $75.00 | Nathaniel Sari |
| 5/23/2025 | 0.1 | Draft follow up correspondence to D counsel Stanton Gallegos regarding projected class size and other information needed to provide notice to prospective class. | $750.00 | $75.00 | Nathaniel Sari |
| 5/23/2025 | 0.1 | Review correspondence from D Gallegos regarding potential class size in light of my correspondence to him. | $750.00 | $75.00 | Nathaniel Sari |
| 5/23/2025 | 1.2 | Review draft settlement agreement in preparation for drafting exhibits to proposed motion for preliminary approval of class settlement | $750.00 | $900.00 | Nathaniel Sari |
| 5/23/2025 | 1.1 | Review term sheet, in preparation for drafting exhibits to proposed motion for preliminary approval of class settlement | $750.00 | $825.00 | Nathaniel Sari |
| 5/24/2025 | 2.1 | Prepare initial draft of proposed order approving class action settlement, as exhibit E, for motion for preliminary approval. | $750.00 | $1,575.00 | Nathaniel Sari |
| 5/26/2025 | 1.6 | Prepare initial draft of settlement claim form, as exhibit a, for motion for preliminary approval. | $750.00 | $1,200.00 | Nathaniel Sari |
| 5/27/2025 | 1.6 | Review settlement agreements in Criterion Collection LLC class action VPPA case by Bursor and co-counsel, to compare to our case, and analyze whether any changes should be made to the proposed settlement agreement here. | $750.00 | $1,200.00 | Nathaniel Sari |
| 5/27/2025 | 0.3 | Communicate with co-counsel M Pollack regarding potential issues with our settlement agreement class definition in light of the review of the settlement agreement in Criterion Collection LLC case. | $750.00 | $225.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 5/27/2025 | 1.4 | Prepare initial draft of email notice of proposed class action, as exhibit b, for motion for preliminary approval. | $750.00 | $1,050.00 | Nathaniel Sari |
| 5/27/2025 | 1.4 | Prepare initial draft of authorized notice to prospective class members, as exhibit d, for motion for preliminary approval. | $750.00 | $1,050.00 | Nathaniel Sari |
| 5/28/2025 | 2.4 | Review draft motion for preliminary approval by M Pollack to evaluate what if any changes should be made. | $750.00 | $1,800.00 | Nathaniel Sari |
| 5/28/2025 | 0.9 | Review draft declaration by M Reich by M Pollack in support of motion for preliminary approval to evaluate what if any changes should be made. | $750.00 | $675.00 | Nathaniel Sari |
| 5/28/2025 | 2.1 | Continue drafting and edit settlement claim form, as exhibit a, for motion for preliminary approval. | $750.00 | $1,575.00 | Nathaniel Sari |
| 5/28/2025 | 1.1 | Prepare initial draft of authorized notice of class action and proposed settlement, as exhibit c, for motion for preliminary approval. | $750.00 | $825.00 | Nathaniel Sari |
| 5/29/2025 | 0.1 | Review co-counsel's correspondence regarding prospective class size. | $750.00 | $75.00 | Nathaniel Sari |
| 5/29/2025 | 0.3 | Evaluate litigation strategy and discuss with m pollack, next steps in light of potential discrepancy in class size. | $750.00 | $225.00 | Nathaniel Sari |
| 5/29/2025 | 2.4 | Continue finalizing and revising exhibits to proposed motion for preliminary approval of class settlement, based on discussions with team. | $750.00 | $1,800.00 | Nathaniel Sari |
| 5/29/2025 | 1.4 | Review, analyze and edit exhibits to settlement agreement. | $750.00 | $1,050.00 | Adrian Gucovschi |
| 5/30/2025 | 2.1 | Draft review and edit preliminary order approval of class action settlement agreement certifying settlement class and appointing class representatives and notice plan, to attach as exhibit to settlement agreement. | $750.00 | $1,575.00 | Nathaniel Sari |
| 5/30/2025 | 0.3 | Review and analyze correspondence from m Pollack regarding how to define class in light of information between P counsel regarding potential class size. | $750.00 | $225.00 | Nathaniel Sari |
| 5/30/2025 | 0.1 | Review correspondence from S Gallegos regarding how they determined the class period. | $750.00 | $75.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 5/30/2025 | 0.1 | Draft correspondence to cocounsel regarding our proposed drafts of exhibits to the settlement agreement. | $750.00 | $75.00 | Nathaniel Sari |
| 6/3/2025 | 0.3 | Review and evaluate class administrator, Epiq's, proposal, for class administration. | $750.00 | $225.00 | Nathaniel Sari |
| 6/4/2025 | 0.6 | Communicate with administrator from Epiq regarding their quote and to answer their questions regarding potential settlement. | $750.00 | $450.00 | Nathaniel Sari |
| 6/4/2025 | 0.4 | Discuss with Adrian latest discussions with Epiq regarding their quote, and to devise strategy going forward. | $750.00 | $300.00 | Nathaniel Sari |
| 6/5/2025 | 0.5 | Conference with cocounsel regarding status of case in light of discussions with settlement administrator and plaintiff's counsel. | $750.00 | $375.00 | Nathaniel Sari |
| 6/5/2025 | 0.6 | Discuss with Adrian status of case in light of prospective bids from different settlement administrators and discussions with co-counsel. | $750.00 | $450.00 | Nathaniel Sari |
| 6/5/2025 | 0.1 | Draft and edit correspondence to Defendant's counsel regarding competing estimates for class administrators. | $750.00 | $75.00 | Nathaniel Sari |
| 6/5/2025 | 0.2 | Communicate with kroll class administrator regarding potential class size and other details about the class, so they can update their proposal. | $750.00 | $150.00 | Nathaniel Sari |
| 6/6/2025 | 0.1 | Review correspondence from Michael Pollack regarding which class administrator to use for class administration. | $750.00 | $75.00 | Nathaniel Sari |
| 6/10/2025 | 0.6 | Review proposal from class administrator Kroll and evaluate same (27 pages) | $750.00 | $450.00 | Nathaniel Sari |
| 6/10/2025 | 0.6 | Discuss Kroll settlement proposal with team. | $750.00 | $450.00 | Nathaniel Sari |
| 6/10/2025 | 1.2 | Conduct comparative analysis of proposal between Kroll and Epiq to determine which class administrator to go with. | $750.00 | $900.00 | Adrian Gucovschi |
| 6/13/2025 | 0.79 | Draft declaration in support of preliminary approval | $750.00 | $592.50 | Adrian Gucovschi |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 6/13/2025 | 0.6 | Review and edit initial draft of Adrian G's declaration in support of plaintiffs' motion for preliminary approval of class settlement. | $750.00 | $450.00 | Nathaniel Sari |
| 6/17/2025 | 0.5 | Draft and edit initial draft of GR firm resume for incorporation into our motion for preliminary approval of class settlement. | $750.00 | $375.00 | Nathaniel Sari |
| 6/19/2025 | 0.51 | Review finalized settlement agreement and send to client for execution; spoke with client re: the same | $750.00 | $382.50 | Adrian Gucovschi |
| 7/11/2025 | 0.4 | Conference with Robert from Kroll administration to discuss information needed as well as new information provided from plaintiff and how that could impact proposal. | $750.00 | $300.00 | Nathaniel Sari |
| 7/14/2025 | 2 | Review and analyze the settlement agreement in light of the inconsistencies and conflicting provisions pointed out by the court in the motion for preliminary approval and related exhibits. | $750.00 | $825.00 | Nathaniel Sari |
| 7/16/2025 | 0.2 | Review and analyze proposed clarification provided by defendant's counsel for revising the motion for preliminary approval, in light of comments made by the court. | $750.00 | $150.00 | Nathaniel Sari |
| 7/16/2025 | 0.4 | Review updated proposal from Kroll based on new information provided about class size | $750.00 | $300.00 | Nathaniel Sari |
| 7/16/2025 | 0.3 | Communicate with Robert from Kroll regarding Kroll's latest proposal and potential corrections to same. | $750.00 | $225.00 | Nathaniel Sari |
| 7/18/2025 | 0.8 | Edit and revise the notice of proposed class action settlement email, attached as exhibit B to the motion for preliminary approval of class settlement, to address issues with the exhibit pointed out by the court. | $750.00 | $600.00 | Nathaniel Sari |
| 7/21/2025 | 0.8 | Edit and revise the settlement claim form, as exhibit A to the motion for preliminary approval of class settlement, to address issues with the exhibit pointed out by the court. | $750.00 | $600.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 7/21/2025 | 0.4 | Edit and revise the proposed notice of settlement attached as exhibit C to the motion for preliminary approval of class settlement, to address issues with the exhibit pointed out by the court. | $750.00 | $300.00 | Nathaniel Sari |
| 7/22/2025 | 0.3 | Exchange multiple correspondences with def counsel and cocounsel regarding changes to the exhibits to fix the issues identified by the court in our exhibits to the motion for preliminary approval of the class action settlement. | $750.00 | $225.00 | Nathaniel Sari |
| 7/22/2025 | 0.5 | Review comments and revisions made to the exhibits to the motion for preliminary approval of class settlement by defendant's counsel, in order to evaluate same and determine whether we approve. | $750.00 | $375.00 | Nathaniel Sari |
| 7/22/2025 | 0.5 | Review redline changes made by D counsel Stanton Gallegos to our revised motion for preliminary approval and evaluate same. | $750.00 | $375.00 | Nathaniel Sari |
| 7/31/2025 | 0.5 | Discuss with Adrian impact of arbitration notices from other firm related to defendant, and next steps to address same. | $750.00 | $375.00 | Nathaniel Sari |
| 7/31/2025 | 0.5 | Review settlement agreement to determine what impact arbitration notices sent by another firm, as indicated by defendant, could have on the settlement. | $750.00 | $375.00 | Nathaniel Sari |
| 8/1/2025 | 0.37 | Attend conference call with co-counsel re: potential arbitration demands; discuss with Nathaniel S. next steps | $750.00 | $277.50 | Adrian Gucovschi |
| 8/1/2025 | 1.5 | Review docket, pleadings and our file to prepare for call with milberg regarding their arbitration notices and impact on case. | $750.00 | $1,125.00 | Nathaniel Sari |
| 8/1/2025 | 0.5 | Conference with cocounsel regarding potential arbitration notices sent by another firm and how it could impact settlement. | $750.00 | $375.00 | Nathaniel Sari |
| 9/2/2025 | 0.2 | Review correspondence from cocounsel to Kroll regarding notices to the class. | $750.00 | $150.00 | Nathaniel Sari |

| Date | Hours | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 9/9/2025 | 0.3 | Review and analyze timeline provided by Kroll regarding administration of the class settlement. | $750.00 | $225.00 | Nathaniel Sari |
| 9/10/2025 | 0.2 | Review and analyze revisions and comments from Michael Pollack to Kroll's proposed timeline regarding class administration of the settlement agreement. | $750.00 | $150.00 | Nathaniel Sari |
| 11/5/2025 | 2.73 | Attend court conference; review edits and discuss with Nathaniel S. regarding next steps to address the Court's edits to the SA and exhibits | $750.00 | $2,047.50 | Adrian Gucovschi |
| 11/6/2025 | 0.81 | Meet and confer with OC, draft proposed release language, and send same via email | $750.00 | $607.50 | Adrian Gucovschi |
| 11/14/2025 | 0.51 | Email Kroll and co-counsel re: obtaining a double-sided copy of the envelope in which the mailing notice will be mailed to class members; file same to the Court via ECF | $750.00 | $382.50 | Adrian Gucovschi |
| 11/24/2025 | 0.71 | Review the Court's preliminary approval Order and email the same to Kroll | $750.00 | $532.50 | Adrian Gucovschi |
| 11/24/2025 | 1.7 | Review and edit the final notices and send the same to Kroll for publication | $750.00 | $1,275.00 | Adrian Gucovschi |
| 12/5/2025 | 1.2 | Analyze notice documents provided by Kroll, to review for any issues in light of Kroll's request to review and provide final confirmation that documents may be sent. | $750.00 | $900.00 | Nathaniel Sari |
| 12/5/2025 | 0.4 | Discuss with Kroll corrections to notice documents, and next steps for class administration. | $750.00 | $300.00 | Nathaniel Sari |
| 12/11/2025 | 0.3 | Review IVR draft provided by class admin and evaluate same. | $750.00 | $225.00 | Nathaniel Sari |
| **Total:** | **114.4** | | | **$84,912.50** | |