# EXHIBIT 3

| Case | Type | Date | Description | Amount |
|---|---|---|---|---|
| John Carbone et al v. Limited Run Games | ExpenseEntry | 12/27/2024 | Complaint filing fee | $405 |
| John Carbone et al v. Limited Run Games | ExpenseEntry | 4/9/2025 | Mediator fee. | $3,553.16 |