**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN CARBONE and RYAN ADKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIMITED RUN GAMES, INC.,<br><br>Defendant. | Case No. 2:24-cv-08861<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Magistrate Judge James M. Wicks |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 11, 2026, at 2:00 p.m., in Courtroom 1020 before the Magistrate Judge James M. Wicks, United States Magistrate Judge, Eastern District of New York, at 100 Federal Plaza, Central Islip, NY 11722, Plaintiffs, by and through Class Counsel, hereby move for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (1) the accompanying Memorandum of Law; (2) the Declaration of Mark S. Reich in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement; and (3) the Declaration of Patrick Passarella in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement; and exhibits attached thereto.

A Proposed Final Approval Order is submitted herewith.

Dated: February 20, 2026

**LEVI & KORSINSKY, LLP**

Respectfully submitted,

By: *Mark S. Reich*
Mark S. Reich (MR-4166)
Michael N. Pollack (6173273)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: mpollack@zlk.com

Adrian Gucovschi
Nathaniel H. Sari (*pro hac vice*)
**GUCOVSCHI LAW FIRM PLLC**
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
Email: adrian@gucovschilaw.com
Email: nathaniel@gucovschilaw.com

*Class Counsel*