**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN CARBONE, RYAN ADKINS, individually
and on behalf of all others similarly situated,

                          Plaintiffs,                 **JUDGMENT**
        - against -                       CV 24-8861 (JMW)

LIMITED RUN GAMES, INC.,

                          Defendant.
------------------------------------------------------------X

A Memorandum and Order of Honorable James M. Wicks, United States Magistrate Judge, having been filed on March 11, 2026, granting Plaintiffs' Motion for Attorneys' Fees and Costs; granting Plaintiffs' Motion for Final Approval of the Class Action Settlement; and dismissing this action with prejudice, and directing the Clerk of Court to enter Judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Attorneys' Fees and Costs is granted; that Plaintiffs' Motion for Final Approval of the Class Action Settlement is granted; (ii) that the Court finds that it has personal jurisdiction over Defendant and subject-matter jurisdiction over this matter, the Parties, and all Settlement Class Members; (iv) that the Settlement is, in all respects, fair, reasonable, and adequate, and is in the best interests of the Settlement Class, and is therefore this Court grants final approval of the Settlement; (vii) that for purposes of the Settlement and this Final Approval Order and Judgment, the Court hereby finally certifies for settlement purposes only the following Settlement Class: All persons who accessed the Limited Run Game Service in the United States and watched a pre-recorded video or purchased a video game containing a Cut Scene between January 1, 2016 and the present. "Limited Run Game Service" means the Limited Run Games website

(www.limitedrungames.com) and all other digital platforms or applications owned or operated by Defendant where video content is available to be viewed and/or video games are available for purchase. Excluded from the Settlement Class are (1) the Judge and Magistrate Judge presiding over this Action and their immediate family members and staff members; (2) Limited Run Games, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Limited Run Games has a controlling interest and their current or former officers, directors, and employees; and (3) Settlement Class Members who submit a valid Request for Exclusion prior to the Opt-Out Deadline; (viii) that the Court grants final approval to the appointment of John Carbone and Ryan Adkins as the Settlement Class Representatives. The Court concludes that the Settlement Class Representatives have fairly and adequately represented the Settlement Class; that the Court grants Settlement Class Representatives a Service Award in the amount of $2,500 each to be paid in accordance with the Settlement Agreement; that the Court grants the Motion and awards Class Counsel (as well as any agents, vendors or experts with which they may have worked on this matter) $906,666.67 for their fees and expenses in the case, hereby extinguishing any claims for any such fees, costs or expenses as against the Defendant Released Parties. Class Counsel's fee and expense award shall be paid in accordance with the Settlement Agreement; and that this case is closed with prejudice, without fees or costs to any Party except as provided in this Final Approval Order and Judgment.

Dated: March 23, 2026
      Central Islip, New York

                        BRENNA B. MAHONEY
                        CLERK OF COURT

                    By:    /s/ Jazmin M. Cubano
                                  Deputy Clerk